UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-13824-ABD

MARTIN BOROIAN,
Plaintiff,

v.

KHALED A. YEHIA, M.D.
Defendant.

MEMORANDUM AND ORDER FOR DISMISSAL

BURROUGHS, D.J.

On June 24, 2015, this Court issued a Memorandum and Order (Docket No. 6) directing plaintiff to: (1) demonstrate good cause why this action should not be dismissed for the reasons stated therein; and (2) file an Amended Complaint setting forth plausible claims in accordance with Rule 8 of the Federal Rules of Civil Procedure.   To date, plaintiff has failed to file a Show Cause Response and an Amended Complaint, and the time period for doing so has expired.

Accordingly, for the substantive reasons set forth in the Memorandum and Order (Docket No. 6) and for the failure to comply with the Court's directives, it is hereby Ordered that the above-captioned matter be DISMISSED in its entirety.

SO ORDERED.

/s/ Allison D. Burroughs
August 6, 2015          ALLISON D. BURROUGHS
DATE                    UNITED STATES DISTRICT JUDGE